ANNA CLARKE, Respondent, v. LAURENCE HUGHES, Appellant.— Judg-

ment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.